City Engineering Construction Company, Appellant, v. Frank Loeffler and William E. McCarthy, Appellees.

Gen. No. 22,750.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. P. C. WALTERS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 26, 1917.

### Statement of the Case.

Action by City Engineering Construction Company, a corporation, plaintiff, against Frank Loeffler and William E. McCarthy, defendants, to recover damages for alleged breach of a building contract. From a judgment for defendants, plaintiff appeals.

WALTER H. ECKERT, for appellant.

F. F. TOLLKUEHN, for appellees.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. BUILDING AND CONSTRUCTION CONTRACTS, § 85*—*what is bar to recovery by contractor.* Where the plaintiff by contract agreed to erect for the defendants certain buildings and to procure building loans therefor, *held* that his failure to procure such loans would be a bar to his recovery for a breach of the contract by the defendants.

2. BUILDING AND CONSTRUCTION CONTRACTS, § 103*—*when evidence is sufficient to show failure of contractor to procure loans.* In an action by a contractor to recover for alleged breach of a building contract, evidence *held* sufficient to sustain the finding that plaintiff had failed to prove its readiness and ability to procure certain loans which it had contracted with defendants to procure.